**FILED**
October 13, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Tyler Martin_____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **CEDRIC EARL HILL,** § | |
| **Plaintiff,** § | |
| § | |
| v. § | |
| § | |
| **DETECTIVE JORDAN HAREN,** § | **CIVIL NO. SA:20-CV-00985-OLG** |
| **OFFICER ERNEST VENEGAS,** § | |
| **OFFICER SHANE PRINCE,** § | |
| **OFFICER K. VIESCA, CITY OF** § | |
| **PLEASANTON, PLEASANTON** § | |
| **POLICE DEPARTMENT, CHIEF** § | |
| **ROLAND SANCHEZ,** § | |
| § | |
| **Defendants.** § | |

# ORDER

The Court has considered the Report and Recommendation (R&R) of United States Magistrate Judge Henry J. Bemporad (*see* R&R, Dkt. No. 59) concerning Plaintiff's Motion to Proceed *in Forma Pauperis* on appeal (*see* Dkt. No. 56). Plaintiff was served with a copy of the R&R on August 18, 2023 (*see* Dkt. No. 61) and timely filed his objections (*see* Dkt. No. 62). When a party objects to a magistrate judge's recommendation, the Court must make a de novo determination as to those portions of the recommendation to which an objection is made. *U.S. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). The Court, after reviewing the entire report de novo, finds that the recommendation is in all things correct and should be accepted. Accordingly, it is

**ORDERED** that Magistrate Judge Bemporad's R&R (Dkt. No. 59) is **ADOPTED**. It is further

**ORDERED** that, for the reasons set forth in the R&R, Plaintiff's Motion to Proceed *in Forma Pauperis* (Dkt. No. 56) is **DENIED AS MOOT**.

It is so **ORDERED**.

**SIGNED** this 13th day of October, 2023.

_____
ORLANDO L. GARCIA
United States District Judge